```
Thomas A. Morton, #023374
2916 N. 7th Avenue, Suite 100
Phoenix, Arizona  85013
(602) 595-6870
thomas.morton@webail.azbar.org
Attorney for Defendant
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: ) | No.: 2:11-bk-32854-SSC |
| ANDREW MICHAEL BLAKE, ) | Chapter 7 |
| Debtor. ) | AP: 2-12-ap-00450-SSC |
| _____) | |
| TERRA WHITTEN, ) | **MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL** |
| Plaintiff, ) | |
| v. ) | |
| ANDREW MICHAEL BLAKE, ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Rule 9010-1(b), Local Rules of Bankruptcy Procedure, and E.R. 1.16(b), Arizona Rules of Professional Conduct, Rule 42, Rules of the Supreme Court, Thomas A. Morton hereby moves the court to permit him to withdraw as counsel of record for Defendant Andrew Blake, in the above-captioned action.

Said withdrawal can be accomplished without material adverse affect on the Defendant's interest.  The reason for this motion is one or more reasons set forth in Rule 1.16(b), Arizona Rules of Professional Conduct.

Defendant's last known address is: 1728 E. Claremont Street Phoenix, AZ 85016; telephone (480) 403-1919.  A copy of this motion was mailed to Defendant.

Defendant has been notified in writing regarding the stats

1

1 | of the case, including the trial set for June 11, 2013 at 10:00
 2 | AM and all related deadlines, as well as any additional existing
 3 | court orders, discovery requests, and the possibility of
 4 | sanctions for the failure to comply.
 5 |     WHEREFORE, Thomas A. Morton, requests that this Court:
 6 |     1.  Grant this Motion to Withdraw as Counsel for Defendant;
 7 |     2.  Order that all future correspondence, pleadings and
 8 | matters pertaining to this case be directed to Defendant at the
 9 | above last known address; and
10 |     3.  Grant other such relief as this Court deems just and
11 | proper under the circumstances.
12 |     RESPECTFULLY SUBMITTED this 29th day of April, 2013.

                                          /s/ Thomas A. Morton
                                          Thomas A. Morton
                                          Attorney for Defendant

COPY mailed this 29th day
of April, 2013 to:

LaShawn Jenkins
JENKINS LAW FIRM
4020 N. 20th St., Ste. 100
Phoenix, AZ 85016
Attorney for Plaintiff

Andrew Blake
1728 E. Claremont Street
Phoenix, AZ 85016
Defendant

By /s/ Thomas A. Morton

2