**Motion is DENIED. There is an insufficient basis to grant the requested relief.**

IT IS HEREBY ADJUDGED and DECREED this is DENIED.

Dated: December 17, 2013



*Sarah S. Curley*

**Sarah S. Curley, Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:11-bk-32854-SSC |
| ANDREW MICHAEL BLAKE, | |
| Debtor. | |
| TARA WHITTEN, | Adversary No.: 2:12-ap-00450-SSC |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR RICHARD KRAUSE TO APPEAR TELEPHONICALLY** |
| ANDREW MICHAEL BLAKE, | |
| Defendant. | |

This matter comes before the Court pursuant to the agreed "Stipulation for Richard Krause To Appear Telephonically" between Plaintiff and Defendant filed on December 3, 2013, by Tara Whitten ("Plaintiff"), in the above-captioned case, and good cause appearing, it is so ordered that Richard Krause may appear and testify telephonically at the trial in this matter.

**DATED AND SIGNED ABOVE**